■ BELJAC HOLDING CORP., Respondent, v STATE OF NEW YORK, Appellant. (Claim No. 54717.) (Appeal No. 1.)—Judgment unanimously affirmed, with costs, upon the decision of the Court of Claims, De Iorio, J. (Appeal from judgment of Court of Claims—appropriation.) Present—Moule, J. P., Dillon, Schnepp and Witmer, JJ.

■ LEONARD TAYLOR et al., Respondents, v STATE OF NEW YORK, Appellant. (Claim No. 55043.) (Appeal No. 2.)—Judgment unanimously affirmed, with costs, upon the decision of the Court of Claims, De Iorio, J. (Appeal from judgment of Court of Claims—appropriation.) Present—Moule, J. P., Dillon, Schnepp and Witmer, JJ.